Delbert MOSELY, Movant/Appellant,

v.

STATE of Missouri, Respondent.

No. 72901.

Missouri Court of Appeals,
Eastern District,
Division Four.

Dec. 29, 1998.

Motion for Rehearing and/or Transfer to
Supreme Court Denied March 4, 1999.

Application to Transfer Denied
April 27, 1999.

David C. Hemingway, St. Louis, for appellant.

John Munson Morris, III, Shaun J. Mackelprang, Jefferson City, for respondent.

Before HOFF, P.J., and GARY M. GAERTNER and RHODES RUSSELL, JJ.

## ORDER

PER CURIAM.

Movant appeals from a judgment denying, without an evidentiary hearing, his Rule 24.035 motion for post-conviction relief.

The findings and conclusions of the motion court are based on findings of fact that are not clearly erroneous. No error of law appears. An opinion reciting the detailed facts and restating the principles of law would have no precedential value.

We affirm the judgment pursuant to Rule 84.16(b).